**Order entered November 8, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00439-CV**

**IN RE MOLLY WILKERSON, Relator**

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-53554-2020**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

It has come to the Court's attention that relator has been deemed a vexatious litigant and is subject to a prefiling order, but the Court does not have an order from the local administrative judge allowing this original proceeding. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102. Accordingly, pursuant to section 11.1035 of the Texas Civil Practice and Remedies Code, this original proceeding is **STAYED** and will be dismissed without further notice unless, no later than **November 18, 2021**, relator obtains an order from the appropriate local

administrative judge permitting the filing of this original proceeding and files the order with this Court. *See id.* 11.035(b).

/s/    ERIN A. NOWELL
               JUSTICE